**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSEPH BROUGHER, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:21-cv-01426-LPL |
| | : | |
| | : | Magistrate Judge Lisa Pupo Lenihan |
| v. | : | |
| | : | |
| MUTUAL OF OMAHA MORTGAGE, INC., | : | |
| | : | |
| | : | |
| Defendant. | : | |

<u>STIPULATION TO DISMISS</u>

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the

dismissal with prejudice and without cost to either party.


<u>/s/ Allen A. Kacenjar, Jr</u>
Allen A. Kacenjar, Jr., Esq.
Squire Patton Boggs (US) LLP
127 Public Square
4900 Key Tower
Cleveland, OH 44114-1304
Telephone: (216) 479-8296
Fax: (216) 479-8780
Email: allen.kacenjar@squirepb.com
Attorney for the Defendant

Date: <u>February 7, 2022</u>

<u>/s/ Amy L. B. Ginsburg</u>
Amy L. B. Ginsburg, Esq.
Ginsburg Law Group, P.C.
1012 N. Bethlehem Pike,
Suite 103, Box #9
Ambler, PA 19002
Telephone: (855) 978-6564
Fax: (855) 777-0043
Email: efiings@ginburglawgroup.com
Attorney for Plaintiff

Date: <u>February 7, 2022</u>


BY THE COURT:


Date: 2/15/22

<u>s/Robert J. Colville</u>
Robert J. Colville
United States District Judge

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 7th day of February 2022 via Electronic Case Filing (ECF/CM):

Allen A. Kacenjar, Jr., Esq.
Squire Patton Boggs (US) LLP
127 Public Square
4900 Key Tower
Cleveland, OH 44114-1304
Telephone: (216) 479-8296
Fax: (216) 479-8780
Email: allen.kacenjar@squirepb.com
Attorney for the Defendant

*/s/ Amy L. B. Ginsburg*
Amy L. B. Ginsburg, Esq.
Ginsburg Law Group, P.C.
1012 N. Bethlehem Pike,
Suite 103, Box #9
Ambler, PA 19002
Telephone: (855) 978-6564
Fax: (855) 777-0043
Email: efiings@ginburglawgroup.com
Attorney for Plaintiff